◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN DITTA, Appellant.—Judgment of the Supreme Court, Queens County, rendered October 15, 1979, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J. P., Damiani, Titone and Lazer, JJ., concur.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN ESTREMA, Appellant.—Judgment of the Supreme Court, Queens County, rendered July 24, 1980, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Gibbons, Gulotta and Martuscello, JJ., concur.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH FUSCO, JR., Appellant.—Judgment of the County Court, Suffolk County, rendered September 6, 1979, affirmed. No opinion. This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J. P., Rabin, Cohalan and Weinstein, JJ., concur.